# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

No. 05-7083                                 September Term, 2005

05cv00980



Filed On:

William Ocie Pearson,
    Appellant

v.

BMI and Twentieth Century Fox (Records),
    Appellees

**APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

**BEFORE:**    Ginsburg, Chief Judge, and Henderson and Randolph, Circuit Judges

## JUDGMENT

This appeal was considered on the record from the United States District Court for the District of Columbia and on the brief, the amended brief, and the appendix filed by appellant. It is

**ORDERED AND ADJUDGED** that the district court's order filed May 17, 2005 be affirmed. The court properly dismissed the case without prejudice for failure to meet the minimal pleading standards of Fed. R. Civ. P. 8(a) and for failure to state a claim upon which relief may be granted. See 28 U.S.C. § 1915A(b)(2).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. See Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

Per Curiam

A True copy:

United States Court of Appeals
for the District of Columbia Circuit

By: _____ Deputy Clerk